

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial LLC | **Order Filed on October 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Brandy L. Bridges,<br><br>Debtor. | Case No.:  18-16497 ABA<br>Adv. No.:<br>Hearing Date:  6/13/18<br><br>Judge:  Andrew B. Altenburg, Jr. |

### AMENDED ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: October 4, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors:            Brandy L. Bridges
Case No.:           18-16497 ABA
Caption:            **AMENDED ORDER RESOLVING SECURED CREDITOR'S
                    OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Ditech Financial LLC, holder of a mortgage on real property located at 3201E Chestnut Ave, Vineland, NJ, 08361, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wassterstrum, Esquire, attorney for Debtor, Brandy L. Bridges, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that stay is vacated immediately in regards to property located at 3201E Chestnut Ave, Vineland, NJ, 08361; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the property is to be surrendered in the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.