| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Robertson, Anschutz, Schneid & Crane LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br><br>Harold Kaplan (HK0226)<br><br>In Re:<br><br>**Brandy L. Bridges,**<br><br>     **Debtor,** | Order Filed on July 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.:    18-16497-ABA<br><br>Chapter:    13<br><br>Hearing Date:  June 23, 2020<br><br>Judge:  Andrew B. Altenburg Jr. |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: July 7, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

Secured Creditor's Counsel: Robertson, Anschutz, Schneid & Crane LLC

Debtors' Counsel: Seymour Wasserstrum, Esq.

Property Involved ("Collateral"): 1705 W MAIN ST, Milville, NJ 08332

Relief sought:
- Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - The Debtor is overdue for 6 months from January 1, 2020 through June 1, 2020.
   - The Debtor is overdue for 6 payments from January 1, 2020 at $980.82 per month.

   Funds Held In Suspense $862.59.
   Total Arrearages Due $5,022.33.

2. Debtor must cure all post-petition arrearages, as follows:
   - Beginning on July 1, 2020, regular monthly mortgage payments shall continue to be made in the amount of $980.82.
   - Beginning on July 15, 2020, monthly cure payments shall be made in the amount of $837.05 for 5 months with a 6th and final payment in the amount of $837.08 coming due on or before December 15, 2020.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - Regular monthly payment: Selene Finance LP
     9990 Richmond Ave, Suite 400 South
     Houston, TX 77042

- Monthly cure payment:  Selene Finance LP
9990 Richmond Ave, Suite 400 South
Houston, TX 77042

4. In the event of Default:

- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification may be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court may enter an Order granting relief from the Automatic Stay. Debtor may pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) may cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel may file a Certification of Default with the Court, a copy of the Certification may be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court may enter an Order granting relief from the Automatic Stay. Debtor may pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel may file a Certification of Default with the Court a copy of the Certification may be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court may enter an Order granting relief from the Automatic Stay. Debtor may pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

- The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

    The fees and costs are payable:

    - Through the Chapter 13 plan.

    ☐ To the Secured Creditor within _____ days.

    ☐Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_(signature)_
Cory F. Woerner, Esq.
*Attorney for Debtor(s)*
Date: 6/30/2020

/s/ Harold Kaplan
Harold Kaplan, Esq.
*Attorney for Secured Creditor*
Date: 5/30/2020