UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Rd., Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for City of Millville

**Order Filed on September 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In re: | : | IN BANKRUPTCY |
| --- | --- | --- |
|  | : | CHAPTER 13 |
|  | : |  |
| Brandy Bridges | : | CASE NO.  18-16497/ABA |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**ORDER ON MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: September 21, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Brandy Bridges

Case No: 18-16497/ABA

Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY

Upon consideration of City of Millville. motion/application for an order granting relief from the automatic stay; and the court having heard arguments of counsel and

FOR GOOD CAUSE SHOWN, it is on this          day of          , 2020

**ORDERED** that

1. Debtor, Brandy Bridges shall pay the post-petition balance for unpaid water and sewer charges due through September 1, 2020 including interest at the statutory rate of 18% in six monthly payments of $815.06 for a total balance due of $4,890.33. Payments are due the first of each month commencing on October 1, 2020.

2. Brandy Bridges shall pay the regular post-petition water and sewer charges as invoiced commencing with the payment due December 1, 2020.

3. The post-petition arrears payments due in accordance to this Order are to be made payable to City of Millville and sent directly to the following address:

Tracey Gregoire, Tax Collector
City of Millville, Tax and Utility Department
12 S. High Street
PO Box 609
Millville, NJ 08332

4. Regular post-petition payments shall be sent to the same address.

5. If Brandy Bridges should be more than thirty days delinquent in any of the above obligations, the City of Millville upon Certification of Default submitted by counsel for City of

(Page 3)

Debtor: Brandy Bridges

Case No: 18-16497/ABA

Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY

Millville with fourteen days' notice to the debtor and debtor's counsel, the Court shall enter an Order vacating the automatic stay and allowing the City of Millville to schedule the property for tax sale and shut off water service as authorized by New Jersey statutes.

6. The debtor shall reimburse the City of Millville for legal fees and costs in the amount of $531.00 ($350.00 legal fees plus $181.00 motion filing fee) through their Chapter 13 plan. The Trustee's office shall disburse the $531.00 payable to City of Millville at the following address:

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043


I hereby consent to the form and entry of the within Order

LAW OFFICES OF NONA L. OSTROVE, LLC
Attorneys for City of Millville


BY: /s/Nona L. Ostrove, Esq.
    Nona L. Ostrove, Esq.


LAW OFFICE OF SEYMOUR WASSERSTRUM
Attorneys for Brandy Bridges, Debtor


BY: /s/Cory Woerner, Esq.
    Cory Woerner

United States Bankruptcy Court
District of New Jersey

In re:  
Brandy L. Bridges  
    Debtor

Case No. 18-16497-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db          +Brandy L. Bridges,    1705 W. Main St.,    Millville, NJ 08332-4635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, informationathnk@aol.com  
           Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society, FSB hkaplan@rasnj.com, informationathnk@aol.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
           Nona Ostrove    on behalf of Creditor    City of Millville nostrove@ostrovelaw.com  
           Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dnj@pbslaw.org  
           Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
           Seymour Wasserstrum    on behalf of Debtor Brandy L. Bridges mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                            TOTAL: 9