Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–16497–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brandy L. Bridges
  1705 W. Main St.
  Millville, NJ 08332

Social Security No.:
  xxx–xx–3477

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                November 24, 2020
Time:                  10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*44* – Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Harold N. Kaplan on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 10/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A # 4 Exhibit B) filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust) filed by Seymour Wasserstrum on behalf of Brandy L. Bridges. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: November 2, 2020
JAN:

Jeanne Naughton
Clerk