Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                             Case No.: 18−16497−ABA
                             Chapter: 13
                             Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brandy L. Bridges
   1705 W. Main St.
   Millville, NJ 08332

Social Security No.:
   xxx−xx−3477

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               November 24, 2020
Time:              10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*44* − Certification in Opposition to (related document:42 Creditor's Certification of Default (related document:34 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Harold N. Kaplan on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 10/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A # 4 Exhibit B) filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust) filed by Seymour Wasserstrum on behalf of Brandy L. Bridges. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: November 2, 2020
JAN:

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 18-16497-ABA

Brandy L. Bridges                                                                                Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                        Page 1 of 2

Date Rcvd: Nov 02, 2020               Form ID: 173                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

**Recip ID**            **Recipient Name and Address**
db                    +   Brandy L. Bridges, 1705 W. Main St., Millville, NJ 08332-4635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020                        Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name**                   **Email Address**

Denise E. Carlon
            on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
            on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, informationathnk@aol.com

Harold N. Kaplan
            on behalf of Creditor Wilmington Savings Fund Society  FSB hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
            ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
            on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Nona Ostrove

Case 18-16497-ABA    Doc 46    Filed 11/04/20    Entered 11/05/20 00:21:45    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 173 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor City of Millville nostrove@ostrovelaw.com |
| Robert P. Saltzman | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dnj@pbslaw.org |
| Robert P. Saltzman | |
| | on behalf of Creditor Seterus  Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org |
| Seymour Wasserstrum | |
| | on behalf of Debtor Brandy L. Bridges mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10