Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−16497−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brandy L. Bridges
   1705 W. Main St.
   Millville, NJ 08332

Social Security No.:
   xxx−xx−3477

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/19/21.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 19, 2021
JAN: cmf

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Brandy L. Bridges  
    Debtor

Case No. 18-16497-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 148 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandy L. Bridges, 1705 W. Main St., Millville, NJ 08332-4635 |
| cr | + | Seterus, Inc., authorized subservicer for Federal, P.O. Box 1047, Hartford, CT 06143-1047 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, SELENE FINANCE LP, 9990 RICHMOND AVENUE, SUITE 400 SOUTH, HOUSTON, TX 77042-4546 |
| 517430877 | + | Cumberland County Special Civil, 60 W. Broad Street, Bridgeton, NJ 08302-2515 |
| 517444960 | + | Dietch Financial LLC, c/o KML Law Group, 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |
| 517430881 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 517430885 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517430884 | | Seterus, PO Box 1007, Hartford, CT 06143 |
| 517584539 | + | Seterus, Inc., authorized subservicer for, Federal National Mortgage Association, P.O. Box 1047, Hartford, CT 06143-1047 |
| 517430886 | + | The Heart House, 120 White Horse Pike, STE 112, Haddon Heights, NJ 08035-1938 |
| 518809979 | + | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: tracey.gregoire@millvillenj.gov | Jan 19 2021 23:27:00 | City of Millville, 12 S. High Street, PO Box 609, Millville, NJ 08332-0609 |
| 517430876 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jan 19 2021 23:27:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 517446686 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jan 19 2021 23:27:00 | City of Millville, 12 S. High Street, Millville, NJ 08332-4244 |
| 517430880 | | EDI: IRS.COM | Jan 20 2021 03:58:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 517430883 | + | Email/Text: EBN_Waco@Receivemorermp.com | Jan 19 2021 23:28:00 | PMAB LLC, 4135 South Stream Blvd, Ste 400, Charlotte, NC 28217-4636 |
| 517430882 | + | Email/Text: EBN_Waco@Receivemorermp.com | Jan 19 2021 23:28:00 | PMAB LLC, 4135 S Stream Blvd Ste 400, c/o SOuth Jersey Health System, Charlotte, NC 28217-4636 |
| 517433459 | + | EDI: RMSC.COM | Jan 20 2021 03:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518051894 | + | Email/Text: bkteam@selenefinance.com | Jan 19 2021 23:26:00 | Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, Attention: Cashiering |

Case 18-16497-ABA    Doc 55    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 148 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Department, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042, Wilmington Savings Fund Society, FSB 77042-4546 |
| 518051893 | + | Email/Text: bkteam@selenefinance.com | Jan 19 2021 23:26:00 | Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, Attention: Cashiering Department, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517430878 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517430879 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor HamFund III  through servicer BSI Financial Services eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society  FSB hkaplan@rasnj.com, informationathnk@aol.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Nona Ostrove | on behalf of Creditor City of Millville nostrove@ostrovelaw.com |
| Robert P. Saltzman | on behalf of Creditor Seterus  Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 148 | Total Noticed: 22 |

Robert P. Saltzman
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust dnj@pbslaw.org

Seymour Wasserstrum
on behalf of Debtor Brandy L. Bridges mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11